AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAY - 9 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GREGORIO MOLINA SANTANA a/k/a "Jose Santana, et al" | ) ) ) ) ) ) | Case No. 1:19-MJ-215 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 13, 2019__ in the county of __Alexandria City__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) and (b)(2) | An alien, having been deported and removed, and having departed the United States while an order of deportation and removal was outstanding, after having been convicted of an aggravated felony, was found in the United States without having obtained express permission to reapply for admission from the Attorney General or the Secretary of the Department of Homeland Security. |

This criminal complaint is based on these facts:

(See attached affidavit.)

☐ Continued on the attached sheet.

SAUSA Patrick Reid/AUSA Carina Cuellar

*Complainant's signature*

Kurt Simard, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9 May 19

City and state: Alexandria, VA

/s/
Ivan D. Davis
United States Magistrate Judge